**Ronald BRUNT, a/k/a Ronald Brount, Petitioner–Appellant,**

v.

**John B. TAYLOR, Warden, Respondent–Appellee.**

No. 01–7434.

United States Court of Appeals; Fourth Circuit.

Submitted Dec. 21, 2001.

Decided Jan. 14, 2002.

Ronald Brunt, Pro Se. Michael Thomas Judge, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ronald Brunt appeals the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001).* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *See Brunt v. Taylor,* No. CA–00–730 (E.D.Va. Aug. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

---

* The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (1994).